Prepared by State Reporter from Appeal Papers

ALBERT W. DUNTON et al., Respondents, *v.* ELVIN R. UNDERWOOD et al., Appellants.

*Contract — action to recover amount due for purchasing and handling merchandise for defendants.*

Dunton v. Underwood, 220 App. Div. 745, affirmed.
(Submitted December 9, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 18, 1927, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover the amount due under an alleged contract whereby plaintiffs were to purchase and handle grapes for the defendants.

*John J. Hyland* for appellants.
*James O. Sebring* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

PAUL KRAUZA et al., Respondents, *v.* GOLDEN SEAL ASSURANCE SOCIETY, Appellant.

*Insurance (life) — action to recover on certificate of life insurance — defense of material misrepresentations in application by insured — insufficiency of evidence to show misrepresentations were material.*

Krauza v. Golden Seal Assurance Society, 221 App. Div. 380, affirmed.
(Argued December 9, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 24, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon a certificate of life insurance. The defense was that the insured in his application misrepresented a material fact in that he denied having ever consulted or been treated by a phy-

sician.   There was evidence tending to show he had consulted and been treated by physicians within two months of the application but there was no evidence as to the nature of his ailment at that time or that it left any permanent physical weakness which contributed to his death.   The Appellate Division held that defendant had failed to establish that the misrepresentation was material.

*John H. Clogston* for appellant.

*Thomas R. Wheeler, William M. Fay* and *Charles E. Doane* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM KENNELLY, INC., Respondent, *v.* JACOB S. MEHLMAN, Appellant.

*Bills, notes and checks — auction — fraud — false representations — action to recover upon check payment of which had been stopped — defense that it was procured by false representations.*

*Kennelly, Inc., v. Mehlman,* 220 App. Div. 762, affirmed.
(Submitted December 9, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1927, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a check payment of which had been stopped.   The defense was that the check had been given as part of the purchase price of certain real property sold by the plaintiff to the defendant at public auction at which material misrepresentations were made as to the location of the premises, the title thereto, existing mortgages thereon, the rent roll and the nature of the building.

*Louis Susman* for appellant.

*Harry Sena* and *Leonard Klein* for respondent.